# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

LUCIO ALFONSO ESPINOSA, MAURICIO GARCIA RAMIREZ, and LEONEL ARMANDO RAMOS LUQUE,

*Plaintiff(s)*

v.

GREENPOINT SCRAP METAL, INC., LOUIS FELD, individually, and ALAN FRIEDMAN, individually,

*Defendant(s)*

Civil Action No. 26-cv-07260

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Greenpoint Scrap Metal, Inc.
Louis Feld
Alan Friedman
c/o Greenpoint Scrap Metal, Inc.
304 Greenpoint Avenue
Brooklyn, New York 11222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph & Norinsberg, LLC
Brendan Sweeney, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-07260

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ______________________

on *(date)* ______________________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

______________________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify)*: ______________________________

______________________________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attempted service, etc: